UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OLD SOUTH TRADING CO., LLC, BRENDAN H. CHURCH, and EDWIN N. CHURCH,<br><br>Defendants. | Case No. 6:25-cv-00334-JDA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT OLD SOUTH TRADING COMPANY, LLC**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in accordance with its stated intent in its Unopposed Motion For Entry of Consent Judgments Against Defendants Brendan H. Church ("Brendan Church") and Edwin N. "Chuck" Church ("Chuck Church") (Dkt. 34 at 4), Plaintiff Securities and Exchange Commission ("SEC") hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to Defendant Old South Trading Company, LLC ("Old South").

Under Rule 41(a)(1)(A)(i), subject to Rules 23(e), 23.1(c), 23.2, and 66, a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Old South has not filed an answer or motion for summary judgment in this action, and this case does not fall under Rules 23(e), 23.1(c), 23.2, or 66 of the Federal Rules of Civil Procedure.

In light of the complete resolution of this matter through the final consent judgments entered on July 18, 2025, as to Defendants Brendan Church and Chuck Church (Dkt. 36 and 37), the SEC voluntarily dismisses its claims against Defendant Old South in their entirety.

Eric Rosen with Dynamis LLP is counsel for Defendants Brendan Church and Old South Trading Co., LLC.  Mr. Rosen is not a member of the bar of this Court, so he has not made an appearance.  Counsel for the SEC will serve Mr. Rosen with a copy of this notice, and any subsequent order, via email at erosen@dynamisllp.com.

    Respectfully submitted,

    BRYAN P. STIRLING
    UNITED STATES ATTORNEY

By:    *s/James C. Leventis, Jr.*
    James C. Leventis, Jr. (#9406)
    Assistant United States Attorney
    1441 Main Street, Suite 500
    Columbia, SC 29201
    Phone: (803) 343-3172
    Email: James.Leventis@usdoj.gov

*Attorney for the United States of America*

Anna O. Area
James Carlson
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-6417
Email: AreaA@sec.gov

*Attorneys for Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

On July 21, 2025, I filed the foregoing Notice of Voluntary Dismissal as to Defendant Old South Trading Company, LLC, with the Clerk of Court for the U.S. District Court, South Carolina. I hereby certify that I have served the document on all parties of record, including on Eric Rosen, counsel for Defendants Old South Trading Company, LLC and Brendan Church, via his law firm email, erosen@dynamisllp.com.

*s/James C. Leventis, Jr.*
James C. Leventis, Jr. (#9406)
Assistant United States Attorney